UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK ALLENXAVIER GUYTON,

        Plaintiff,                Case No. 1:11-cv-621

v.                                    Honorable Paul L. Maloney

UNKNOWN PART(Y)(IES) et al.,

        Defendants.

                                    /

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Date:  August 10, 2011                              /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge